No. 158. RANDOLPH HENRY, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF FREE SERVICE PHARMACY, INC., BANKRUPT, *v.* W. A. IRWIN AND THOMAS E. PAYNE. Error to the Supreme Court of Appeals of the State of Virginia. Submitted March 22, 1926. Decided April 12, 1926. *Per Curiam.* Dismissed upon the authority of *McCain* v. *Des Moines,* 174 U. S. 168, 181; *Western Union Tel. Co.* v. *Ann Arbor R. R. Co.,* 178 U. S. 239, 243; *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526, 530; *Shulthis* v. *Mc-Dougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147; (2) *California Powder Works* v. *Davis & Co.,* 151 U. S. 389, 393; *Gaar, Scott & Co.* v. *Shannon,* 223 U. S. 468, 470; *Consol. Turnpike Co.* v. *Norfolk & Ocean View R. R. Co.,* 228 U. S. 596, 599; *Yazoo & Miss. Valley R. R. Co.* v. *Brewer,* 231 U. S. 245, 249; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 303; *Municipal Securities Corp.* v. *Kansas City,* 246 U. S. 63; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. Randolph Henry* for plaintiff in error. *Messrs. Harvey B. Apperson* and *Charles D. Fox, Jr.,* for defendants in error.

———

PETITIONS FOR CERTIORARI GRANTED, FROM JANUARY 12, 1926, TO AND INCLUDING APRIL 12, 1926.